UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ASCENSION PARISH SALES
AND USE TAX AUTHORITY

VERSUS

TURNER BROTHERS CRANE &
RIGGING, L.L.C.

CIVIL ACTION

NO. 10-248-BAJ-SCR

## RULING

Having carefully considered the petition, the record, the law applicable to this action, the April 29, 2011, Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, and the objection to the Report and Recommendation, which was filed by the defendant, Turner Brothers Crane & Rigging, L.L.C., the Court hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's Supplemental Motion to Remand for Lack of Jurisdiction Over the Subject Matter (doc. 27) is hereby **GRANTED**, and this action shall be remanded to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana.

Baton Rouge, Louisiana, May 18, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA